AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Iram AGUIRRE<br><br>*Defendant(s)* | Case No: 25-809MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>April 20, 2025</u> in the county of <u>Dona Ana</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8 U.S.C. §1324(a)(1)(A)(v)(I)(Conspiracy to Violate 1324 - All subsections)</u>, an offense described as follows:

engaged in a conspiracy to commit a violation of 8 USC 1324(a)(1)(a)(v)(I) Conspiracy, to wit: 8 USC 1324(a)(1)(a)(ii) Transporting, knowing or in reckless disregard of the fact that, ALIENS, had come to, entered, or remained in the United Sates in violation of law, transport, or move or attempt to transport or move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law.

This criminal complaint is based on these facts:
On April 20th, 2025, Border Patrol Agent (BPA) 1 was assigned to Zone 18 of the Santa Teresa Station (STN) Area of Responsibility (AOR). The BPA responded to a sensor activation in Zone 17 of the STN AOR that showed two subjects running north towards Findley Court in Sunland Park, New Mexico. BPA 2 was operating a Linear Vehicle Surveillance System (LVSS) and stated that he had visual of the two subjects running north and directed BPA 1 to the location of the two subjects at Findley Court. BPA 1 determined that the subjects had unlawfully entered the United States from Mexico. The BPA then arrested both subjects for illegally entering the United States.
The subjects admitted to each having 4,000 USD hidden on their bodies.

☒ Continued on the attached sheet.

*Complainant's signature*

David D. Kraft, Agent
*Printed name and title*

VIA PHONE
Sworn to before me and ~~signed in my presence~~.

Date: April 22, 2025

City and state: Las Cruces, N.M.

*Judge's signature*

G. J. Fouratt, U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

Iram AGUIRRE

**Continuation of Statement of Facts:**
They stated that the money was going to be used as payment after they were successfully smuggled into the United States. BPA 1 requested consent to look through the subject's phones and messages to determine the possible vehicle that was going to pick them up. BPA 1 located two numbers that called the subjects at the time of their arrest and took pictures of them. BPA 1 also found a message that was sent at the time of arrest that stated the driver was at the pickup location on Findley Court. One of the subjects then stated that the vehicle was going to be a silver sedan. At approximately 0130 hours, BPA 3 then went to Findley Court and located a silver sedan at the end of Findley Court. BPA 3 then conducted a welfare check on the vehicle and saw it contained two occupants. BPA 3 identified himself as a United States Border Patrol Agent and asked both occupants as to their reasoning of being at the end of Findley Court. Both subjects stated they were just there to, "hangout". BPA 1 then arrived to assist with the welfare check and questioned if they were there to smuggle subjects further into the United States. BPA 1 then asked both occupants if they could present their phone screens toward the agent because he was going to call the numbers that were on the illegal alien's phone. BPA 1 called the number, to which the phone of the driver rang and received a call from BPA 1. BPA 1 determining that the driver of the vehicle, identified as Iram AGUIRRE, was the person who called the subjects who crossed illegally, detained AGUIRRE and read him his Miranda rights.

AGUIRRE, Iram (DRIVER-PRINCIPAL): Post Miranda Statement
After reading AGUIRRE his rights and him acknowledging them, AGUIRRE confessed to being there to pick up and smuggle illegal aliens further into the United States. AGUIRRE continued to confess to the agents of different pick-up locations and previous successful human smuggling schemes by AGUIRRE in the STN AOR for monetary compensation.

CONCLUSION
Based on the aforementioned facts, your Affiant believes that there is probable cause to believe that AGUIRRE, Iram did violate Title 8 United States Code, Sections 1324 (a)(A)(v)(I).
The New Mexico Assistant United States Attorney (NM AUSA) Joni Stahl was presented the case for prosecution. The case was accepted based on the aforementioned facts, AGUIRRE, Iram, will be charged under 8 USC 1324 (Conspiracy and Transport).

**Continuation of Statutory Language:**

_____
Signature of Judicial Officer

_____
Signature of Complainant

Kraft, David D.
Filing Agent